IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| THOMAS PEREZ, Secretary of Labor, U.S. Department of Labor, Wage and Hour Division, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. PX 16-782 |
| | * | |
| VERA'S WHITE SANDS BEACH CLUB, LLC and CASEY ST. JOHN, | * | |
| | * | |
| Defendants. | * | |
| | ****** | |

MEMORANDUM OPINION

Pending before the Court is Vera's White Sands Beach Club, LLC and Casey St. John's (hereafter, "Defendants") motion for more definite statement and/or motion to strike pursuant to Rule 12(e) and (f) of the Federal Rules of Civil Procedure. ECF No. 5. The Defendants singularly claim that the Complaint filed by Plaintiff, Thomas Perez, acting in his capacity as Secretary of Labor for the United States Department of Labor Wage and Hour Division, is insufficiently numbered, rendering it impossible for Defendants to Answer the Complaint. ECF No. 5 at 1. Plaintiff rightly points out in his Opposition that the Complaint is numbered with sufficient clarity and specificity to permit Defendants to answer. ECF No. 6.

Each paragraph of the Complaint is headed with a Roman numeral (*e.g.*, I, II, III, etc.) and is numbered consecutively. Where a particular paragraph identified by Roman numeral lends itself to further subdivision to provide clarity, the Complaint numbers subparagraphs **within** the

Roman numeral (*e.g.*, IV(1), (2), (3), etc.). The Court further notes that Plaintiff's Complaint clearly identifies the statutory violations that it alleges, and is otherwise written with sufficient clarity and specificity. Defendants can easily comply with Rule 8(b)(1)(B) and provide answers to each paragraph of the Complaint by tracking the above-stated numbering system.

Accordingly, it is this 12th day of August, 2016, Defendants' Motion will be DENIED. A separate Order shall follow. Defendants shall answer the Complaint within 14 days of the entry of said Order.


 8/15/2016                                                          /S/
Date                                        Paula Xinis
                                            United States District Judge